United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUNIRA SUBKHAN KIZI BEKMURATOVA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-00411 |
| MARTIN L. FRINK, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

On January 21, 2026, this action was referred to United States Magistrate Richard W. Bennett for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #5. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Richard W. Bennett. Doc. #5. This case is before the undersigned.

It is so ORDERED.

5/19/26
Date

The Honorable Alfred H. Bennett
United States District Judge